MCKEITHAN, D.

v.

CLARK, M., et al.

133 CD 2017

Commonwealth Court of Pennsylvania.

10/02/2017

Erie County Civil Division, 10027–17

Dismissed

WILLIAMS, P.

v.

UCBR

197 CD 2017

Commonwealth Court of Pennsylvania.

10/02/2017

Unemployment Compensation Board of Review, B–594463

Affirmed

RENSMAN, C.

v.

UCBR

475 CD 2017

Commonwealth Court of Pennsylvania.

10/02/2017

Unemployment Compensation Board of Review, B–595703

Affirmed

MANAYUNK NEIGHBORHOOD COUNCIL

v.

ZB OF ADJ et al.

360 CD 2017

Commonwealth Court of Pennsylvania.

10/03/2017

Philadelphia County Civil Division, 160700376

Quashed